**NESENOFF & MILTENBERG**LLP
New York | Boston

ATTORNEYS AT LAW
_____
nmllplaw.com

| | | |
|---|---|---|
| Ira S. Nesenoff | Barbara H. Trapasso | Philip A. Byler |
| Andrew T. Miltenberg | Tara J. Davis | *Senior Litigation Counsel* |
| _____ | Diana R. Warshow | Rebecca C. Nunberg |
| Stuart Bernstein | Gabrielle M. Vinci | *Counsel* |
| | Kara L. Gorycki | Jeffrey S. Berkowitz |
| | Cindy A. Singh | *Counsel* |
| | Nicholas E. Lewis | Marybeth Sydor |
| | Adrienne D. Levy | *Title IX Consultant* |
| | Ryaan Nizam | |
| | Regina M. Federico | |

June 16, 2020

**VIA ECF**
Hon. Judge Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12A
New York, New York 10007

The extension request is granted.
SO ORDERED.
June 17, 2020

_____
LORETTA A. PRESKA, U.S.D.J.

    Re:    ***Joan Carrington v. City of New York Human Resources Administration***
              **Civil Case No.: 19-cv-10301-LAP-SDA**

Dear Your Honor:

      Please be advised, the undersigned represents Plaintiff Joan Carrington ("Carrington") in the above referenced matter. I write to respectfully request an extension of time to file Plaintiff's amended complaint int this action which deadline is currently June 17, 2020. I have conferred with Defendant's counsel who does not object to this request. This is Plaintiff's second request to extend the amended complaint deadlines.

      Counsel and Plaintiff have diligently been working on the amended complaint. However, Plaintiff has requested additional time to review the draft and counsel requires additional time to review additional documents provided by Plaintiff to assess any additional facts and allegations to assert in the final amended complaint.

      As a result of the foregoing, and in addition to the logistical difficulties the current shelter at home order and government restrictions have presented in conferring with Plaintiff and reviewing the physical files maintained by Plaintiff, Plaintiff and the undersigned require additional time to perfect Plaintiff's Amended Complaint and respectfully asks for a one week extension, making the new deadline June 24, 2020.

      Counsel remains available should Your Honor have any questions of concerns.

      Thank you.



        Very truly yours,

        **NESENOFF & MILTENBERG**

        */s/ Gabrielle Vinci*
        **Gabrielle Vinci, Esq.**

CC: All counsel (via ECF)